

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Antonio Joaquin Puga DEFENDANT(S). | CASE NUMBER CR10-00382-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __4/23/2010__, _____, at __3:30__ ☐ a.m. / ☒ p.m. before the Honorable __Jaqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __4/22/10__

U.S. District Judge/Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)            Page 1 of 1